| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CRIMINAL ACTION NO. 1:14-CR-24 |
| | § | |
| PATRICIA CONTRERAS-HERNANDEZ | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

The above-entitled numbered criminal action was referred to a United States Magistrate Judge in accordance with 28 U.S.C. 636(b)(3). The Report and Recommendation on Revocation of Supervised Release, filed March 1, 2016, has been presented for consideration. The parties waived any objections to the Report and Recommendation. Defendant consented to the revocation of her supervised release and waived her right to be present and speak at sentencing.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation on Revocation of Supervised Release as the findings and conclusions of the Court

SIGNED at Beaumont, Texas, this 2nd day of March, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE